

NUMBER 13-10-00306-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

IRENE PENA,                                                              Appellant,

v.

R. J. GRIFFIN & COMPANY, ET AL.,                                        Appellees.

On Appeal from the 275th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on June 16, 2010, and the parties were ordered to mediation. On July 26, 2010, the mediator notified this Court that the parties had settled all issues and the Clerk of the Court notified the parties that they should file a motion to dismiss the appeal. On December 14, 2010, the parties notified the Court that

the settlement was still in process. On May 16, 2011, this Court sent a letter to the parties inquiring as to the status of the settlement and received no response. On July 21, 2011, the Court ordered the parties to file an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal. The order notified the parties that failure to respond to the order would result in the dismissal of the appeal for want of prosecution.

The parties have failed to respond. Accordingly, we reinstate and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

PER CURIAM

Delivered and filed the
30th day of August, 2011.

2